**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| DALE SCHULTZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:16-cv-00805-N |
| | § | |
| NATIONWIDE GENERAL INSURANCE COMPANY | § § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Dale Schultz (hereinafter referred to as "Plaintiff"), and Defendant Nationwide General Insurance Company ("Defendant"), hereby give notice of their Joint Stipulation of Dismissal with prejudice of all claims asserted by Plaintiff herein against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1), and would respectfully show the Court as follows:

Plaintiff initiated this action by filing certain claims against Defendant as reflected by the pleadings on file herein. Defendant has appeared in the suit. Plaintiff and Defendant stipulate the claims of Plaintiff against Defendant are hereby voluntarily dismissed with prejudice. Plaintiff no longer desires to pursue this case against Defendant and seeks to dismiss his claims against Defendant Nationwide General Insurance Company with prejudice to re-filing same.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant desire a Stipulation of Dismissal be entered by this Court, with prejudice, with respect to all of Plaintiff's claims against Defendant Nationwide General Insurance Company, it being the intent of the parties

to fully dismiss Defendants Nationwide General Insurance Company from these proceedings with each party bearing their own costs. The parties acknowledge this voluntary dismissal by stipulation is effective upon filing.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff Dale Schultz and Defendant Nationwide General Insurance Company request that a Stipulation of Dismissal with prejudice be entered for all claims of the Plaintiff against Defendant Nationwide General Insurance Company.

Respectfully submitted,

**THE VOSS LAW FIRM, P.C.**

*/s/ Bryan Beverly*
C. BRYAN BEVERLY - 24082688
26619 Interstate 45
The Woodlands, Texas 77380
Tel. (281) 842-8679
Fax (713) 861-0021
**ATTORNEY FOR PLAINTIFF**

**WALTERS, BALIDO AND CRAIN LLP**

*/s/ Randall G. Walters*
RANDALL G. WALTERS
Texas Bar No. 20819480
10440 N. Central Expressway, 15th floor
Dallas, Texas 75231
Ph: 214.749.4805
Fax: 214.347.8381
Email: randy.walters@wbclawfirm.com
**ATTORNEY FOR DEFENDANT**